**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

May 8, 2025

**VIA ECF**
Hon. John G. Koeltl, U.S.D.J.
United States District Court – S.D.N.Y.
500 Pearl St.
New York, New York 10007

> The hearing is adjourned to Thursday, May 29, 2025 at 12:00pm.
>
> So ordered.
> /s/ JGKoeltl
> 5/8/25  U.S.D.J.

Re:   *Sia Partners U.S., Inc. v. John Gustav*
      Case No. 1:25-cv-03741-JGK

Dear Judge Koeltl:

We represent Plaintiff Sia Partners U.S., Inc. ("Sia Partners") in the above-referenced matter. I write with the consent of counsel for Defendant John Gustav to respectfully request that the Show Cause Hearing currently scheduled for Friday, May 9, 2025 at 12:30pm be briefly adjourned so as to allow the parties additional time to document a potential resolution of the relief sought in the Order to Show Cause. We understand from Your Honor's Courtroom Deputy that you will not be available next week, so we respectfully request that the Show Cause Hearing be adjourned to the week of May 19, 2025.

We thank Your Honor for Your consideration of the foregoing.

Respectfully submitted,

Sean J. Kirby

cc: All counsel of record (via ECF)